IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES HARRELL                                                                PETITIONER

V.                              NO. 2:09CV00139 SWW

T.C. OUTLAW, Warden,
FCI, Forrest City, AR                                                          RESPONDENT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice for failure to exhaust administrative remedies.[1] All pending motions, including the motion to amend the complaint submitted contemporaneously with petitioner's objections, are denied.

IT IS SO ORDERED this 31st day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, petitioner states he has exhausted his administrative remedies but he has not submitted proof of such.