IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES HARRELL                                                              PETITIONER

V.                              NO. 2:09CV00139 SWW

T.C. OUTLAW, Warden,
FCI, Forrest City, AR                                                        RESPONDENT

**JUDGMENT**

In accordance with the court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice for failure to exhaust administrative remedies. All pending motions are denied.

IT IS SO ADJUDGED this 31st day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE